**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6198**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

SONNY LAVORIS MACK,

                    Defendant – Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:08-cr-01252-TLW-1; 4:11-cv-02034-TLW)

———————

Submitted:  April 19, 2012          Decided:  April 26, 2012

———————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sonny Lavoris Mack, Appellant Pro Se.  Carrie Fisher Sherard,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonny Lavoris Mack appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mack v. United States, No. 4:08-cr-01252-TLW-1 (D.S.C. Jan. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED